UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
STANLEY JACKSON,                         :
                        Plaintiff,       :
                                         :     03 CIV. 6987 (DLC)
           -v-                           :
                                         :     MEMORANDUM
WILLIAM PHILLIPS, Superintendent,        :     OPINION & ORDER
Greenhaven Correctional Facility,        :
                        Defendant.       :
                                         :
---------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/08

DENISE COTE, District Judge:

On September 10, 2003, Stanley Jackson ("Jackson") filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his conviction at trial in 1998. In an Opinion and Order dated October 10, 2006, Jackson's petition was denied. On March 17, 2008, this Court's Pro Se Office received from Jackson a motion for reconsideration pursuant to Fed. R. Civ. P. 60(b). In this motion, Jackson attacks his conviction but not the habeas proceeding before this Court.

When faced with a Rule 60(b) motion that attacks a movant's underlying conviction and not the integrity of the federal habeas proceeding, a district court may deny the motion as beyond the scope of Rule 60(b). Alternatively, the court may give the movant an opportunity to withdraw the motion before treating it as a second habeas petition

and transferring it to the Court of Appeals as a successive habeas petition. See Harris v. United States, 367 F.3d 74, 82 (2d Cir. 2004). Accordingly, it is hereby

ORDERED that Jackson's Rule 60(b) motion is denied.

SO ORDERED:

Dated: New York, New York
March 27, 2008

/s/ Denise Cote
DENISE COTE
United States District Judge

COPIES SENT TO:

Stanley Jackson                          Yael V. Levy
DIN: 98-A-2485                           Assistant District Attorney
Attica Correctional Facility             Bronx County
P.O. Box 149                             198 East 161st Street
Exchange St., Attica, NY 14011-0149      New York, NY 10451